**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JOHN EARL WILLIAMS**  **PLAINTIFF**
**ADC # 87226**

v.  3:09CV00059 BSM/HDY

**ZANE BOYD** *et al.*  **DEFENDANTS**

## ORDER

The court has reviewed the proposed findings and recommended partial disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the court concludes that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

IT IS THEREFORE ORDERED that:

1) Plaintiff's claims related to his allegations of unavailability of legal research; the failure to provide a jail handbook or follow jail procedures and policies, including responding to grievances; the denial of a meal on February 28, 2009; deductions from his inmate trust account, and threats by defendant Groom be dismissed for failure to state a claim under 42 U.S.C. § 1983, and defendants Groom and Doe "Nurse Mandy" be dismissed as party-defendants; and

2) The Clerk of the Court shall prepare summons for defendants Boyd and Bonner, and the United States Marshal is directed to serve a copy of the complaint (Doc. No. 2), this

1

recommendation, and summonses on these defendants without prepayment of fees and costs or security therefore.

DATED this 13th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE