**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JOHN EARL WILLIAMS**                                                                                    **PLAINTIFF**
**ADC # 87226**

**V.**                                          **3:09-cv-00059-BSM-JJV**

**ZANE BOYD,** *et al.*                                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Furthermore, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this judgment and the accompanying order would not be taken in good faith.

DATED this 9th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE